DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar #306409
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3975
Facsimile:      (415) 554-3837
E-Mail:         Ryan.Stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR HIGGINS, an individual; LARRY TILLER, an individual; LORENZO BELL, an individual, | Case No. 20-CV-06129-CRB |
|---|---|
| Plaintiffs, | **REQUEST FOR DISMISSAL;** ~~PROPOSED~~ **ORDER OF DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; FNU, GUNN in his individual capacity as a police officer for the SAN FRANCISCO Police Department; and DOES 1-50, inclusive, | |
| Defendants. | |

///

///

///

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2  A settlement agreeable to all parties has been reached in the above-mentioned matter. The
3  parties respectfully request that this case be dismissed with prejudice.

4  Dated: 8/26/22

5                                       POINTER & BUELNA, LLP

6

7                                       By: _____
                                        ADANTE POINTER
8                                       PATRICK BUELNA

9
                                        Attorneys for Plaintiffs
10                                      ARTHUR HIGGINS, LARRY TILLER, LORENZO
                                        BELL
11

12  Dated: 9/1/22
                                        DAVID CHIU
13                                      City Attorney
                                        MEREDITH B. OSBORN
14                                      Chief Trial Deputy
                                        RYAN STEVENS
15                                      Deputy City Attorney

16
                                        By: _____
17                                      RYAN STEVENS

18                                      Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO
19

20
                                        **ORDER**
21

22      **IT IS SO ORDERED.**

23

24  Dated:  September 6, 2022

25

26
                                        _____
27                                      HON. CHARLES R. BREYER
                                        United States District Court Judge
28

Request for Dismissal; ~~Proposed~~ Order           2                    n:\lit\li2020\210229\01606880.docx
Case No.  20-cv-06129-CRB